UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.:   2:15–cv–06627–BRO–AS               Date:  1/22/2016
Title:  ROYCE GAY V. JOSE ESQUETINI ET AL

Present: The Honorable   **BEVERLY REID O'CONNELL**

Deputy Clerk:  Renee Fisher
Court Reporter/Recorder:  None
Tape No.: N/A

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**      (In Chambers)

### ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION

Plaintiff(s) are **ORDERED** to show cause why this case should not be dismissed, for lack of prosecution. Link v. Wabash R. Co., 370 U.S. 626 (1962) (court has inherent power to dismiss for lack of prosecution on its own motion). In this matter:

The docket reflects that Plaintiff(s) are not actively pursuing this matter. Plaintiff(s) can satisfy this order by filing a Status Report, not to exceed 4 pages, setting forth the current status of the litigation.

Plaintiffs must respond to this order within 20 days. **Failure to respond to this OSC will be deemed consent to the dismissal of the action.**

IT IS SO ORDERED.

Initials of Deputy Clerk: rfi